# Court of Appeals
# of the State of Georgia

ATLANTA, August 14, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1249. ROBERT GENE CULLUM, III v. LINDSAY MORGAN BUCHANAN.**

Robert Gene Cullum, III, defendant in the case below, appeals from the trial court's order of February 5, 2024. In addition to this direct appeal, Cullum also filed an application for discretionary review of the same trial court order. We denied the application. See Case No. A24D0273 (Order of April 3, 2024). Our previous denial of Cullum's application for discretionary appeal constitutes an adjudication on the merits; the doctrine of res judicata thus bars this direct appeal. See *Northwest Social & Civic Club, Inc. v. Franklin*, 276 Ga. 859, 860 (583 SE2d 858) (2003); *Hook v. Bergen*, 286 Ga. App. 258, 260-261 (1) (649 SE2d 313) (2007). Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 08/14/2024*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*